■ EDA FERMAN, Individually and as Executrix of SYMON FERMAN, Deceased, Respondent, v PARKTON ASSOCIATES et al., Appellants. [844 NYS2d 701]—Appeal from orders, Supreme Court, New York County (Howard G. Leventhal, Special Referee), entered on or about August 29, 2006, and same court (Richard B. Lowe, III, J.), entered January 17, 2007 and February 9, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Saxe, Nardelli, Sweeny and Catterson, JJ.